**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| ) | |
| v. ) | **Criminal No. 10-0023 (ESH)** |
| ) | |
| **LAWRENCE ELVIN THOMAS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

In a hearing before Magistrate Judge Alan Kay on February 19, 2010, defendant

Lawrence Elvin Thomas entered a plea of guilty. On that date, the magistrate judge issued a

Report and Recommendation advising the Court to accept defendant's plea. The Court has

received no objection to the Report and Recommendation. *See* Local Crim. R. 59.2(b) ("Any

party may file for consideration by the district judge written objections to the magistrate judge's

proposed findings and recommendations . . . within fourteen (14) days after being served with a

copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate

judge and accepts defendant's guilty plea.

**SO ORDERED.**

ELLEN SEGAL HUVELLE
United States District Judge

Date: March 9, 2010